AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 2 2 2014

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>LYDIA VASQUEZ<br>USC, YOB: 1972<br><br>Defendant(s) | Case No. M-14-1636-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 22, 2014  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2422(a) | knowingly persuaded, induced, enticed, and coerced any individual to travel in interstate or foreign commerce, or in any Territory or Possession of the United States, or attempted to persuade, induce, entice and coerce any individual to engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so. |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Hamilton, Special Agent, FBI
Printed name and title

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: August 22, 2014, 3:15 pm

_____
Judge's signature

City and state: McAllen, Texas

United States Magistrate Judge Peter Ormsby
Printed name and title

ATTACHMENT "A"

A FBI Detroit Confidential Human Source (CHS) has been in contact with Lydia Vasquez of Edcouch, Texas, for 3-4 years over text messaging, and voice telephone calls. The CHS and Vasquez had been having sexual conversations during that time, to include very explicit phone sex and sexting. During previous conversations with the CHS, the CHS told Vasquez that the CHS would be in her area during January, 2015, and wanted to pay her a visit.

Approximately the first week of August, 2014, Vasquez wrote to the CHS, via text message, and offered a 12 year old minor, H.S., to the CHS to "train" sexually. This "training" would begin during the CHS' visit in January. Later, Vasquez stated that a relative wanted to give her a baby, which would be born in January. Vasquez wanted her and the CHS to "train" the baby from birth, so that the baby would enjoy sex. Vasquez went on to talk about ways to teach the baby to enjoy sex.

On August 14, 2014, the CHS spoke to Vasquez on the phone. During the conversation, Vasquez stated that she wanted the CHS to get to know H.S., and let her "explore." Vasquez stated that the CHS could take the exploration only as far as the little girl wanted to go. If the CHS became too "turned on" by the exploration, and the child did not want to take it further, the CHS was to have sex with Vasquez.

Later in the conversation, Vasquez talked about her relative's baby, and how they could begin teaching her to like sex by pouring milk or honey on the CHS' penis, and letting the baby lick it off. Vasquez believed that by teaching the children to like sex at a young age, they would less likely be troubled by it when they were older.

On August 19, 2014, the CHS texted Vasquez and advised her that he thought that he could move up his trip to come and see her.

On August 21, 2014, the CHS contacted Vasquez on the phone and informed Vasquez that

the CHS would be traveling to McAllen, Texas on Friday, 08/22/2014 and arriving around the noon hour. The CHS requested that Vasquez pick the CHS up at the airport, to which Vasquez stated she would.

On August 22, 2014, agents observed Vasquez arrive at the McAllen International Airport.